# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lafferty, William J. | Bankruptcy Court, Northern District of California | 06/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1300 Clay Street, Room 220
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investments Funds, 01-09 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | Filer and Spouse, Family Trust |
| 2. | 3/1/93 | Filer and ▇▇▇ et al, See "8" for details |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | The Permanente Medical Group--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Head Royce School | Tuition Agreement | None |
| 2. | Bank of America | Credit Card | None |
| 3. | GSA ViSA | Credit Card | None |
| 4. | LLBean | Credit Card | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. For Filer (includes CP) (H) | | | | | | | | | |
| 2. Charles Schwab Bank, Deposit Account | A | Interest | M | T | | | | | |
| 3. CBS Corp., Common Stock | A | Dividend | J | T | | | | | |
| 4. Dreyfus Growth & Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 5. Howard Rice Investment Fund 01 (no control) | | None | J | U | | | | | |
| 6. Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |
| 7. Howard Rice Investment Fund 04 (no control) | B | Distribution | J | U | | | | | |
| 8. Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 9. Howard Rice Investment Fund 06 (no control) | A | Distribution | J | U | | | | | |
| 10. Howard Rice Investment Fund 07 (no control) | A | Distribution | J | U | | | | | |
| 11. Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 12. Howard Rice Investment Fund 09 (no control) | A | Int./Div. | J | U | | | | | |
| 13. Howard Rice Profit Sharing Plan (no control) | F | Int./Div. | O | T | | | | | |
| 14. Howard Rice 401(k) Match (no control) | E | Int./Div. | N | T | | | | | |
| 15. | | | | | | | | | |
| 16. II. Trust No. 1 [Family Trust] (H) | | | | | | | | | |
| 17. Real property, Orinda, CA | | None | N | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. III. Spouse (includes (CP) (H) | | | | | | | | | |
| 19. -Rental Property, Alameda, CA | E | Rent | N | W | | | | | |
| 20. -Rental Property, Ventura, CA, & see discussion under "VIII" | C | Rent | N | W | | | | | |
| 21. -Schwab Money Market Fund: SWMXX | A | Int./Div. | J | T | | | | | |
| 22. -Vanguard Total Intl Stock Market Index Fund: VGTSX | A | Int./Div. | J | T | | | | | |
| 23. -Vanguard Total Stock Market Index Fund: VTSMX | A | Int./Div. | J | T | | | | | |
| 24. -Capital One (savings) | B | Interest | M | T | | | | | |
| 25. -Wells Fargo Bank (Deposit Account) | A | Interest | L | T | | | | | |
| 26. -Cross Timbers Partnership | A | Dividend | J | T | | | | | |
| 27. -Schwab Short-Term Bond Market Funds SWBDX | A | Int./Div. | J | T | | | | | |
| 28. A. Cathy Scharf Retirement Accounts (H) | | | | | | | | | |
| 29. 1. TPMG Salary Deferral (H) | | | | | | | | | |
| 30. -FID Contra Fund K, See Text in Part VIII | C | Int./Div. | | | Sold | 10/23/12 | K | C | |
| 31. -BTC US Equity Market | C | Int./Div. | L | T | Buy (add'l) | 10/23/12 | K | | |
| 32. -Cap Guardian International Equity | D | Int./Div. | K | T | Sold (part) | 10/23/12 | K | C | |
| 33. -TPMG Target DT 2020 | C | Int./Div. | K | T | | | | | |
| 34. -FID MIP II CL 3 | A | Int./Div. | J | T | Sold (part) | 10/23/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/04/12 | K | A | |
| 36. FR Fixed Income | C | Int./Div. | L | T | Buy (add'l) | 10/23/12 | K | | |
| 37. TPMI International Foreign Fund (new) | A | Int./Div. | K | T | Buy | 12/04/12 | K | | |
| 38. 2. Permanente Contribution Plan (H) | | | | | | | | | |
| 39. -BTC US Equity Market | B | Int./Div. | K | T | | | | | |
| 40. -FID Contra Fund K | A | Int./Div. | | | Sold | 10/23/12 | J | A | |
| 41. -Cap Guardian International Equity | C | Int./Div. | K | T | | | | | |
| 42. -TPMG Target DT 2020 | B | Int./Div. | J | T | | | | | |
| 43. -FID MIP II CL 3 | A | Int./Div. | | | Sold | 10/23/12 | J | A | |
| 44. -FR Fixed Income | B | Int./Div. | K | T | | | | | |
| 45. -TPMI International Foreign Fund (new) | A | Int./Div. | K | T | Buy | 12/04/12 | K | | |
| 46. 3. Kaiser Foundation Health Plan (H) | | | | | | | | | |
| 47. (a) Plan B (H) | | | | | | | | | |
| 48. -Vanguard Wellington Fund, Inv | D | Int./Div. | L | T | | | | | |
| 49. -Vanguard Total Bond Mkt 1x 1st Plus (See text VIII) | A | Int./Div. | K | T | | | | | |
| 50. -Vanguard 1st Tt St. Mkt Inx 1st Plus (See text VIII) | D | Int./Div. | K | T | | | | | |
| 51. -KP Growth Equity Fund | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -KP Interest Income Fund (X) | A | Int./Div. | J | T | | | | | |
| 53. (b) TSA (H) | | | | | | | | | |
| 54. -Vanguard Wellington Fund, Inv | E | Dividend | M | T | | | | | |
| 55. -Vanguard Stable Income Fund (X) | A | Int./Div. | J | T | | | | | |
| 56. -Janus Adviser Forty 1 | D | Int./Div. | L | T | | | | | |
| 57. -Vanguard Total Bond Mkt 1x 1st Plus (See text VIII) | A | Int./Div. | L | T | | | | | |
| 58. -Vanguard 1st Tt St. Mkt Inx 1st Plus (See text VIII) | D | Int./Div. | M | T | | | | | |
| 59. -Wells Fargo Deposit Account | A | Dividend | J | T | | | | | |
| 60. IV. FRC Accounts: Family Trust, ▮ Trust, William IRA | E | Int./Div. | P1 | T | | | | | |
| 61. -Amylin Pharmaceuticals, I | | | | | Buy | 2/7/12 | J | | |
| 62. | | | | | Buy (add'l) | 2/23/12 | J | | |
| 63. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 64. | | | | | Sold (part) | 05/25/12 | J | A | |
| 65. | | | | | Sold (part) | 07/02/12 | J | C | |
| 66. -3M Company | | | | | Sold (part) | 3/30/12 | J | A | |
| 67. | | | | | Sold (part) | 9/24/12 | J | A | |
| 68. | | | | | Buy (add'l) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Access Midstream Partners, L.P (fka Chesapeake Midstream) | | | | | Buy (add'l) | 02/03/12 | J | | |
| 70. | | | | | Sold (part) | 09/26/12 | J | | |
| 71. -AES Corporation | | | | | Sold (part) | 1/25/12 | J | A | |
| 72. | | | | | Sold (part) | 6/15/12 | J | A | |
| 73. | | | | | Buy | 7/23/12 | J | | |
| 74. | | | | | Buy (add'l) | 7/23/12 | J | | |
| 75. | | | | | Buy (add'l) | 8/7/12 | J | | |
| 76. -Allscripts Healthcare Solution | | | | | Sold (part) | 4/27/12 | J | A | |
| 77. -Altria Group Inc | | | | | | | | | |
| 78. -Amarin Corporation plc | | | | | Buy | 7/6/12 | J | | |
| 79. | | | | | Buy (add'l) | 7/10/12 | J | | |
| 80. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 81. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 82. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 83. | | | | | Buy (add'l) | 11/1/12 | J | | |
| 84. -Amazon.com Inc. | | | | | Sold (part) | 12/12/12 | J | A | |
| 85. -Amgen Inc. | | | | | Buy (add'l) | 1/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 87. | | | | | Buy (add'l) | 1/26/12 | J | | |
| 88. | | | | | Buy (add'l) | 5/24/12 | J | | |
| 89. | | | | | Sold (part) | 7/27/12 | J | A | |
| 90. | | | | | Sold (part) | 8/27/12 | J | A | |
| 91. | | | | | Sold (part) | 11/30/12 | J | B | |
| 92. -Apple Inc. | | | | | Buy | 7/25/12 | J | | |
| 93. -Archer Daniels Midland | | | | | | | | | |
| 94. -Australia & NZ Bank | | | | | Sold (part) | 9/27/12 | J | A | |
| 95. -Automatic Data Processing Inc. | | | | | Buy | 4/25/12 | J | | |
| 96. | | | | | Buy (add'l) | 7/24/12 | J | | |
| 97. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 98. | | | | | Buy (add'l) | 7/31/12 | J | | |
| 99. -Bristol-Myers Squibb Co. | | | | | Buy (add'l) | 1/4/12 | J | | |
| 100. | | | | | Buy (add'l) | 6/25/12 | J | | |
| 101. | | | | | Buy (add'l) | 6/25/12 | J | | |
| 102. -Broadcom Corporation | | | | | Buy (add'l) | 1/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 8/14/12 | J | | |
| 104.  -Chipotle Mexican Grill | | | | | Buy | 8/2/12 | J | | |
| 105. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 106.  -Chubb Corp | | | | | Buy | 2/28/12 | J | | |
| 107. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 108. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 109.  -Church & Dwight Co Inc | | | | | Sold (part) | 5/08/12 | J | B | |
| 110. | | | | | Sold (part) | 7/27/12 | J | C | |
| 111. | | | | | Buy (add'l) | 8/7/12 | J | | |
| 112.  -Coca-Cola Company | | | | | | | | | |
| 113.  -Columbia Large Cap Enhan Core FD CL Z NMIMX | | | | | | | | | |
| 114.  -Costco Wholesale Corp | | | | | | | | | |
| 115.  -Cree Inc. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 116. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 117. | | | | | Sold (part) | 3/9/12 | J | A | |
| 118. | | | | | Buy (add'l) | 8/6/12 | J | | |
| 119. | | | | | Buy (add'l) | 10/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Cross Timbers Royalty | | | | | Buy (add'l) | 4/9/12 | J | | |
| 121. | | | | | Buy (add'l) | 7/3/12 | J | | |
| 122. -Deere & Company | | | | | | | | | |
| 123. -DFA International Core Equity DFIEX | | | | | Sold (part) | 1/18/12 | K | A | |
| 124. | | | | | Sold (part) | 7/26/12 | J | A | |
| 125. -DFA U.S. Large Cap Value Portfolio DFLVX | | | | | | | | | |
| 126. -Emerson Electric Co. | | | | | Buy (add'l) | 4/25/12 | J | | |
| 127. -Engility Holdings, Inc. (Spinoff from L-3 Communications) | | | | | Sold (part) | 7/8/12 | J | A | |
| 128. -Exxon Mobil Corporation | | | | | Sold (part) | 7/30/12 | J | B | |
| 129. | | | | | Sold (part) | 9/27/12 | J | A | |
| 130. | | | | | Sold (part) | 9/27/12 | J | B | |
| 131. | | | | | Buy | 11/13/12 | J | | |
| 132. -Fidelity National Info Srv | | | | | | | | | |
| 133. -Fifth Third Bancorp | | | | | Sold (part) | 4/2/12 | J | A | |
| 134. -First Eagle Overseas Fund | | | | | Sold (part) | 1/18/12 | J | A | |
| 135. -Freeport-McMoran Copper | | | | | | | | | |
| 136. -Generac Holdings Inc. | | | | | Buy | 6/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 138. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 139.  -Gentex Corporation | | | | | Buy | 10/2/12 | J | | |
| 140. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 141. | | | | | Buy (add'l) | 10/4/12 | J | | |
| 142. | | | | | Buy (add'l) | 10/4/12 | J | | |
| 143.  -Google Inc | | | | | Buy | 10/18/12 | J | | |
| 144. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 145. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 146.  -Honeywell Intl Inc | | | | | Sold (part) | 2/3/12 | J | A | |
| 147. | | | | | Sold (part) | 9/24/12 | J | A | |
| 148. | | | | | Sold (part) | 9/24/12 | J | A | |
| 149. | | | | | Sold (part) | 11/2/12 | J | A | |
| 150. | | | | | Sold (part) | 11/7/12 | J | A | |
| 151. | | | | | Sold (part) | 11/23/12 | J | A | |
| 152. | | | | | Sold (part) | 11/23/12 | J | A | |
| 153. | | | | | Sold (part) | 11/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Hudson Pacific Properties, Inc | | | | | Buy | 01/04/12 | J | A | |
| 155. | | | | | Buy (add'l) | 01/04/12 | J | A | |
| 156. | | | | | Sold (part) | 11/30/12 | J | | |
| 157. | | | | | Sold (part) | 11/30/12 | J | | |
| 158. -IBM Corp | | | | | Buy | 4/8/12 | J | | |
| 159. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 160. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 161. -Illumina Inc | | | | | Sold (part) | 1/25/12 | J | | |
| 162. | | | | | Sold (part) | 1/25/12 | J | | |
| 163. | | | | | Sold (part) | 1/25/12 | J | | |
| 164. -Intel Corporation | | | | | Buy | 4/16/12 | J | | |
| 165. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 166. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 167. | | | | | Buy (add'l) | 9/11/12 | J | | |
| 168. | | | | | Buy (add'l) | 9/28/12 | J | | |
| 169. -International Flavors&Frag. | | | | | | | | | |
| 170. -Intuit Inc. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Johnson & Johnson | | | | | Buy (add'l) | 5/25/12 | J | | |
| 172. | | | | | Buy (add'l) | 5/25/12 | J | | |
| 173. | | | | | Sold (part) | 6/15/12 | J | A | |
| 174. | | | | | Sold (part) | 6/15/12 | J | A | |
| 175. | | | | | Sold (part) | 11/2/12 | J | A | |
| 176.  -Kinder Morgan, Inc. cl P | | | | | Sold (part) | 4/2/12 | J | A | |
| 177. | | | | | Sold (part) | 4/2/12 | J | A | |
| 178.  -Kraft Foods Group Inc (Spinoff from Mondelez International) | | | | | Buy (add'l) | 10/2/12 | J | | |
| 179. | | | | | Buy (add'l) | 10/2/12 | J | | |
| 180. | | | | | Sold (part) | 10/2/12 | J | A | |
| 181. | | | | | Sold (part) | 10/2/12 | J | A | |
| 182.  -L-3 Communications | | | | | | | | | |
| 183.  -Martin Marietta Materials Inc | | | | | | | | | |
| 184.  -Merck & Co. Inc. | | | | | | | | | |
| 185.  -Microsoft Corporation | | | | | Sold (part) | 1/20/12 | J | A | |
| 186. | | | | | Sold (part) | 1/20/12 | J | A | |
| 187. | | | | | Sold (part) | 1/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 1/20/12 | J | A | |
| 189. | | | | | Sold (part) | 1/20/12 | J | A | |
| 190. | | | | | Sold (part) | 1/20/12 | J | A | |
| 191. | | | | | Sold (part) | 1/20/12 | J | A | |
| 192. | | | | | Sold (part) | 1/20/12 | J | A | |
| 193. | | | | | Sold (part) | 1/20/12 | J | A | |
| 194. | | | | | Sold (part) | 1/20/12 | J | A | |
| 195. | | | | | Sold (part) | 1/20/12 | J | A | |
| 196. | | | | | Sold (part) | 2/16/12 | J | A | |
| 197. | | | | | Sold (part) | 3/6/12 | J | A | |
| 198. | | | | | Sold (part) | 3/6/12 | J | A | |
| 199. | | | | | Sold (part) | 3/6/12 | J | A | |
| 200. | | | | | Sold (part) | 3/8/12 | J | A | |
| 201. | | | | | Sold (part) | 3/8/12 | J | A | |
| 202. | | | | | Sold (part) | 3/8/12 | J | A | |
| 203. | | | | | Sold (part) | 3/8/12 | J | A | |
| 204. | | | | | Buy (add'l) | 9/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Mondelez International Inc (f/k/a Kraft Foods Inc.) | | | | | | | | | |
| 206. -Monsanto Co | | | | | Sold (part) | 4/17/12 | J | A | |
| 207. -Nestle S.A. ADR | | | | | Sold (part) | 4/2/12 | J | A | |
| 208. | | | | | Sold (part) | 10/15/12 | J | A | |
| 209. | | | | | Sold (part) | 10/15/12 | J | A | |
| 210. -Newmont Mining Corp | | | | | Buy | 7/26/12 | J | | |
| 211. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 212. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 213. -Nokia Corp | | | | | Sold (part) | 12/17/12 | J | A | |
| 214. -Norfolk Southern Corp | | | | | Sold (part) | 1/19/12 | J | A | |
| 215. | | | | | Sold (part) | 1/19/12 | J | A | |
| 216. | | | | | Sold (part) | 1/19/12 | J | A | |
| 217. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 218. | | | | | Buy (add'l) | 3/5/12 | J | | |
| 219. | | | | | Buy (add'l) | 3/9/12 | J | | |
| 220. -Novartis AG | | | | | | | | | |
| 221. -Novo-Nordisk A/S | | | | | Sold (part) | 4/2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 4/2/12 | J | A | |
| 223. | | | | | Sold (part) | 7/3/12 | J | A | |
| 224.  -OmniVision Technologies | | | | | Buy (add'l) | 1/10/12 | J | | |
| 225. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 226. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 227. | | | | | Sold (part) | 3/9/12 | J | A | |
| 228. | | | | | Sold (part) | 3/9/12 | J | A | |
| 229. | | | | | Sold (part) | 3/9/12 | J | A | |
| 230. | | | | | Sold (part) | 3/9/12 | J | A | |
| 231. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 232. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 233.  -Oracle Corporation | | | | | Buy (add'l) | 1/6/12 | J | | |
| 234. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 235. | | | | | Buy (add'l) | 1/6/12 | J | | |
| 236. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 237. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 238. | | | | | Buy (add'l) | 8/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Paychex, Inc. | | | | | Sold (part) | 3/8/12 | J | A | |
| 240. | | | | | Sold (part) | 3/8/12 | J | A | |
| 241. | | | | | Sold (part) | 4/17/12 | J | A | |
| 242. | | | | | Sold (part) | 4/17/12 | J | A | |
| 243.  -Pfizer Inc. | | | | | Buy (add'l) | 4/16/12 | J | | |
| 244. | | | | | Buy (add'l) | 4/30/12 | J | | |
| 245. | | | | | Buy (add'l) | 6/25/12 | J | | |
| 246. | | | | | Sold (part) | 10/3/12 | J | A | |
| 247.  -Philip Morris Intl | | | | | Sold (part) | 4/2/12 | J | C | |
| 248. | | | | | Sold (part) | 4/2/12 | J | B | |
| 249. | | | | | Sold (part) | 10/3/12 | J | B | |
| 250. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 251. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 252.  -Potash Corp. Saskatch | | | | | Sold (part) | 11/23/12 | J | A | |
| 253. | | | | | Sold (part) | 11/23/12 | J | A | |
| 254. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 255.  -Principal Financial Group | | | | | Buy | 2/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 257. | | | | | Buy (add'l) | 2/28/12 | J | | |
| 258.  -ProShrs UltraShort Leh 20+Trea | | | | | Sold (part) | 10/8/12 | J | A | |
| 259. | | | | | Buy (add'l) | 11/6/12 | J | | |
| 260.  -Qualcomm Inc. | | | | | Sold (part) | 2/23/12 | J | A | |
| 261. | | | | | Sold (part) | 2/23/12 | J | A | |
| 262. | | | | | Sold (part) | 2/23/12 | J | A | |
| 263. | | | | | Buy (add'l) | 7/24/12 | J | | |
| 264.  -Roche Holdings Ltd | | | | | Buy | 3/14/12 | J | | |
| 265. | | | | | Sold | 4/2/12 | J | A | |
| 266. | | | | | Sold | 4/2/12 | J | A | |
| 267. | | | | | Sold | 4/2/12 | J | A | |
| 268. | | | | | Sold | 9/6/12 | J | A | |
| 269. | | | | | Sold | 9/6/12 | J | A | |
| 270. | | | | | Sold | 11/21/12 | J | A | |
| 271. | | | | | Sold | 12/7/12 | J | A | |
| 272. | | | | | Sold | 12/7/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 12/7/12 | J | A | |
| 274. -Sabine Royalty Trust | | | | | Buy | 03/14/12 | J | | |
| 275. -Schlumberger Ltd. | | | | | Buy | 01/10/12 | J | A | |
| 276. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 277. | | | | | Buy (add'l) | 01/10/12 | J | | |
| 278. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 279. | | | | | Sold (part) | 07/27/12 | J | | |
| 280. -Schwab Value Advantage Money Fund | | | | | | | | | |
| 281. -Sigma-Aldrich Corporation | | | | | Sold (part) | 02/03/12 | J | A | |
| 282. | | | | | Sold (part) | 02/03/12 | J | A | |
| 283. | | | | | Sold (part) | 04/02/12 | J | A | |
| 284. -State Street Corp | | | | | Buy | 09/04/12 | J | | |
| 285. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 286. -Suncor Energy | | | | | Sold (part) | 11/21/12 | J | A | |
| 287. | | | | | Sold (part) | 11/21/12 | J | A | |
| 288. -T Rowe Price Group Inc | | | | | Buy | 3/16/12 | J | | |
| 289. | | | | | Buy (add'l) | 3/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | Buy (add'l) | 3/16/12 | J | | |
| 291. -Thomas & Betts Corp. | | | | | | Sold (part) | 5/17/12 | J | B | |
| 292. | | | | | | Sold (part) | 5/17/12 | J | C | |
| 293. | | | | | | Sold (part) | 5/17/12 | J | B | |
| 294. | | | | | | Sold (part) | 5/17/12 | J | A | |
| 295. -Ultra Petroleum Corp | | | | | | Buy (add'l) | 6/19/12 | J | | |
| 296. | | | | | | Buy (add'l) | 6/19/12 | J | | |
| 297. -Unilever PLC ADR | | | | | | Sold (part) | 7/3/12 | J | A | |
| 298. | | | | | | Sold (part) | 8/28/12 | J | A | |
| 299. | | | | | | Sold (part) | 9/24/12 | J | A | |
| 300. | | | | | | Sold (part) | 9/24/12 | J | A | |
| 301. -Union Pacific Corp. | | | | | | Sold (part) | 6/22/12 | J | A | |
| 302. | | | | | | Sold (part) | 11/7/12 | J | A | |
| 303. | | | | | | Sold (part) | 11/7/12 | J | A | |
| 304. -United Technologies Corp | | | | | | Buy | 6/25/12 | J | | |
| 305. | | | | | | Buy (add'l) | 6/25/12 | J | | |
| 306. | | | | | | Buy (add'l) | 7/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 7/27/12 | J | | |
| 308. -Vale S.A. | | | | | Buy | 2/8/12 | J | | |
| 309. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 310. | | | | | Sold (part) | 12/10/12 | J | A | |
| 311. | | | | | Sold (part) | 12/12/12 | J | A | |
| 312. -Vanguard Total Bond Market Index Fund Inve | | | | | | | | | |
| 313. -Vanguard Total Stock Market Index Fund | | | | | Sold (part) | 7/27/12 | K | B | |
| 314. -VirnetX Holding Corp | | | | | Buy | 5/31/12 | J | | |
| 315. | | | | | Sold (part) | 07/26/12 | J | A | |
| 316. | | | | | Sold (part) | 7/27/12 | J | A | |
| 317. -Vornado Realty Trust | | | | | Buy (add'l) | 2/8/12 | J | | |
| 318. | | | | | Buy (add'l) | 2/8/12 | J | | |
| 319. | | | | | Buy (add'l) | 2/10/12 | J | | |
| 320. -W.R. Berkley Corp | | | | | Sold (part) | 6/22/12 | J | A | |
| 321. | | | | | Sold (part) | 11/21/12 | J | A | |
| 322. -Walter Energy, Inc. | | | | | Buy (add'l) | 2/3/12 | J | | |
| 323. | | | | | Buy (add'l) | 2/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 4/18/12 | J | | |
| 325. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 326. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 327. -Wright Medical Group Inc. | | | | | Buy (add'l) | 6/12/12 | J | | |
| 328. | | | | | Buy (add'l) | 7/26/12 | J | | |
| 329. | | | | | Buy (add'l) | 8/7/12 | J | | |
| 330. | | | | | Sold (part) | 9/24/12 | J | A | |
| 331. | | | | | Sold (part) | 9/24/12 | J | A | |
| 332. -Xilinx Inc. | | | | | Sold (part) | 3/6/12 | J | A | |
| 333. | | | | | Sold (part) | 3/6/12 | J | A | |
| 334. | | | | | Buy (add'l) | 6/18/12 | J | | |
| 335. | | | | | Buy (add'l) | 7/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part II:

Although I terminated my employment with (then) Howard, Rice et al. in April 2011, and withdrew as a member of and a director of the firm at that time, I had also participated, in my cacpacity as a member and director of the firm, in various "Howard Rice Investment" partnerships, each of which is still in existence, and in each of which I am, indirectly at least, a participant. Thus, while I am no longer directly a party to an "agreement" concerning these entities, I am still an equity holder in, and, at least indirectly, a participant in, these entities.

In Part VII:

In description of Wife's Investments and Trusts:

1. From "Rental Property, Ventura" Please note that this property, which was inherited from Wife's mother in 2009, first generated rental income in November 2011, total rental income in 2011 to Wife , $800. This amount was inadvertently deleted from my Initial Report.

2. With respect to entries for "Vanguard Total BondMkt. 1x 1st Plus" within discussion of "Kaiser Foundation Health Plan", "Plan B" and "TSA", please note that this fund was renamed from "Vanguard Total Bond Mkt Index" as reported in my Initial Report.

3. With respect to entries for "Vanguard 1st Tt St Mkt. 1st Plus" within discussion of "Kaiser Foundation Health Plan", "Plan B" and "TSA", please note that this fund was renamed from "Vanguard Total Stock Mkt Index Inst" as reported in my Initial Report.

Line 17, Property was purchased in August 2, 2011 for $220,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William J. Lafferty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544